## Burr *vs.* Skinner.

*B*OYD for plaintiff, moves for cofts, becaufe the defendant put off the trial at the circuit on affidavit and notice of a motion to be made at the fucceeding term for a commiffion, the iffue having been joined during the vacation.

*Pendleton contra.*

*Per Curiam.* When a defendant in fuch cafe wifhes to fue out a commiffion, he muft give notice of it before he receives notice of trial, or within a reafonable time, according to circumftances, and fuch notice fhall ftay proceedings : but if it is after notice of trial, he muft pay cofts to that time. Here the defendant was negligent in waiting till he had firft received notice of trial, and he muft therefore pay cofts.                    Motion granted.